THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTEN BLAKE WARD**                                                                                       **PETITIONER**
**ADC #170459**

v.                              Case No. 4:21-cv-00036-KGB

**DEXTER PAYNE,**                                                                                            **RESPONDENTS**
**Arkansas Division of Correction,** *et al.*

## ORDER

The Court has reviewed the Proposed Findings and Recommendations submitted by United States Magistrate Judge Joe J. Volpe (Dkt. No. 23). Petitioner Dusten Blake Ward did not object to the Proposed Findings and Recommendations, and the time for objecting has passed. After careful consideration of the Proposed Findings and Recommendations, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects (Dkt. No. 23). The Court dismisses with prejudice Mr. Ward's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 (Dkt. No. 2). All requested relief is denied. The Court declines to issue a certificate of appealability. *See* 28 U.S.C. § 2253(c)(2).

It is so ordered this 9th day of January, 2023.

_____
Kristine G. Baker
United States District Judge