THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**DUSTEN BLAKE WARD**     **PETITIONER**
**ADC #170459**

v.     Case No. 4:21-cv-00036-KGB

**DEXTER PAYNE,**     **RESPONDENTS**
**Arkansas Division of Correction,** *et al.*

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that petitioner Dusten Blake Ward's claims are dismissed with prejudice. The relief requested is denied.

It is so ordered this 9th day of January, 2023.

_____
Kristine G. Baker
United States District Judge